DMcGREGOR W. SCOTT
United States Attorney

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 307-0977
Facsimile:    (202) 307-0054
E-mail:       justin.s.kim@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F & H CONSTRUCTION,<br><br>                       Plaintiff,<br><br>     v.<br><br>THE UNITED STATES OF AMERICA, erroneously named as United States Department of Treasury, Internal Revenue Service; BANK OF STOCKTON; NORTHERN CALIFORNIA GLAZIERS PENSION PLAN; and DOES 1-100,<br><br>                       Defendants. | Civil No. 2:07-CV-00835-WBS-DAD<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE** |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order:

The parties participated in a conference call on May 9, 2007 to discuss the June 4, 2007 Case Management Conference and the required disclosure dates set by the Court in this matter. During this conference call, the following additional matters were discussed:

1.     The fact that Engineered Glass Walls, Inc. is an indispensable party and must be named and served in the action;

2.     That the Northern California Glaziers Trust Funds were incorrectly named in the Complaint, and that it is being amended. The Trust Funds have yet to be served.

3. The United States' response to the Complaint would not be due until after the set Case Management Conference based on the date of service.

4. The parties also agreed that the Bank of Stockton and the United States would exchange documents and legal authority in an effort to resolve this matter. The Bank of Stockton and the Northern California Glaziers Trust Funds already have a settlement agreement in place, although it has yet to be fully executed.

Based on the foregoing, the parties jointly request that the current Case Management Conference, set for June 4, 2007 at 1:30 p.m. be continued for 45 days to allow the matter to become "at issue" and to permit the parties to exchange information amongst themselves in an effort to move this matter forward.

Respectfully submitted,

Dated:  May 11, 2007        /s/ Justin S. Kim
                            JUSTIN S. KIM
                            U.S. Department of Justice, Tax Division
                            (202) 307-0977
                            Attorney for the United States

Dated:  May 15, 2007        /s/ Christa Mansholt-Choy
                            CHRISTA MANSHOLT-CHOY
                            Law Offices of Ryan & Lifter, P.C.
                            (925) 884-2080
                            Attorney for F&H Construction

Dated:  May 11, 2007        /s/ Dennis Hauser
                            DENNIS HAUSER
                            Hauser & Mouzes
                            (209) 368-1368
                            Attorney for the Bank of Stockton

Dated:  May 18, 2007        /s/ Michele Stafford
                            MICHELE STAFFORD
                            Saltzman and Johnson Law Corporation
                            (415) 882-7900
                            Attorney for Northern California Glaziers Trust Funds

Joint Case Management Conference Statement        2

1 **ORDER**

2    Pursuant to the request of the parties, the Case Management Conference, currently scheduled for
3 June 4, 2004 at 1:30 p.m. is hereby continued to **July 30, 2007 at 2:00 p.m.**  All additional dates,
4 including the dates for initial disclosures, are also continued for 45 days.
5    **IT IS SO ORDERED.**

8 Dated:  May 21, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 21st day of May, 2007, by depositing true and correct copies thereof in the United States mail, postage prepaid, addressed to:

Joseph D. Ryan
Christa Mansholt-Choy
Law Offices of Ryan & Lifter, P.C.
2010 Crow Canyon Pl., Ste. 330
San Ramon, CA 94583-1344

Dennis Hauser
Hauser & Mouzes
P.O. Box 1397
Woodbridge, CA 95258-1397

Michele Stafford
Saltzman and Johnson Law Corporation
120 Howard St. Ste. 520
San Francisco, CA 94105-1620

   /s/ Justin S. Kim
JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice