1  McGREGOR W. SCOTT
   United States Attorney
2
   JUSTIN S. KIM
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C.  20044-0683
5  Telephone:      (202) 307-0977
   Facsimile:       (202) 307-0054
6  E-mail:          justin.s.kim@usdoj.gov

7  Attorneys for United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | F & H CONSTRUCTION, | Civil No. 2:07-CV-00835-WBS-DAD |
12 | Plaintiff, | |
13 | v. | **STIPULATION AND [PROPOSED] ORDER REGARDING LIEN PRIORITY AND REQUEST FOR DISMISSAL OF THE BANK OF STOCKTON AND THE TRUST FUND DEFENDANTS** |
14 | THE UNITED STATES OF AMERICA, erroneously named as United States Department of Treasury, Internal Revenue Service et al., | |
15 | | |
16 | Defendants. | |

17

18         The undersigned parties to the above-entitled action jointly submit this Stipulation and [Proposed]

19 Order Regarding Lien Priority and Request for Dismissal of the Bank of Stockton and the Trust Fund

20 Defendants[1]:

21  _____

22     [1] The Trust Fund Defendants named in the Amended Complaint are the Northern California
    Glaziers, Architectural Metal and Glass Workers Pension Plan; Joint Board of Trustees of the Northern
23  California Glaziers, Architectural Metal and Glass Workers Pension Plan; and Gene Massey as Trustee;
    the Northern California Glaziers, Architectural Metal and Glass Workers Welfare Plan; Joint Board of
24  Trustees of the Northern California Glaziers, Architectural Metal and Glass Workers Welfare Plan; and
    Douglas Christopher as Trustee; Glaziers Individual Account Retirement Plan; Joint Board of Trustees of
25  the Glaziers Individual Account Retirement Plan; and James Graham as Trustee; the Northern California
    District Counsel 16 Apprentice and Journeyman Training Trust Fund; Joint Board of Trustees of the
26  Northern California District Counsel 16 Apprentice and Journeyman Training Trust Fund; and Alfred
    Skip Weltz as Trustee; I.U.P.A.T. Union and Industry National Pension Fund; Joint Board of Trustees of
27  the I.U.P.A.T. Union and Industry National Pension Fund; and James Williams and Ralph Trallo as co-
    Trustees; Glass and Glazing Industry Trust Fund; and Alfred Skip Weltz as Trustee; District Council No.
28  16, International Union of Painters and Allied Trades, Glaziers, Architectural Metal and Glass Workers
    Local Union 767.

                                                1

1.      On April 13, 2007, Plaintiff F&H Construction filed this interpleader action in the Superior Court for the State of California, San Joaquin County, stating that it held surplus funds owed to Engineered Glass Walls, Inc. and asking the Court to determine the validity and priority of competing and adverse claims to those funds filed by the United States, Engineered Glass Walls, Inc., the Bank of Stockton, and the Trust Fund Defendants.  The United States removed this action to the U.S. District Court for the Eastern District of California on May 2, 2007.

2.      The United States, Engineered Glass Walls, Inc., the Bank of Stockton, and the Trust Fund Defendants agree and stipulate that the United States' interest in the surplus funds, by virtue of the notice of federal tax lien recorded on June 7, 2005, is senior to, and has priority over, the interests of Engineered Glass Walls, Inc., the Bank of Stockton, and the Trust Fund Defendants.  Therefore, the undersigned parties agree that the surplus proceeds held by Plaintiff should be distributed in such a way to satisfy in full the United States' interest under the notice of federal tax lien recorded on June 7, 2005, before any proceeds are distributed to Engineered Glass Walls, Inc., the Bank of Stockton, or the Trust Fund Defendants.

3.      As the parties anticipate that the surplus funds held by Plaintiff will not satisfy in full the United States' interest under the recorded notice of federal tax lien, the Bank of Stockton and the Trust Fund Defendants respectfully request that they be dismissed from this action with prejudice.

4.      Each party shall be liable for its own costs of litigation and attorneys' fees.

Respectfully submitted,

Dated:   July 19, 2007                /s/ Justin S. Kim
                                      JUSTIN S. KIM
                                      U.S. Department of Justice, Tax Division
                                      (202) 307-0977

                                      Attorney for the United States

Dated:   July 19, 2007                /s/ Christa Mansholt-Choy
                                      CHRISTA MANSHOLT-CHOY
                                      Law Offices of Ryan & Lifter, P.C.
                                      (925) 884-2080

                                      Attorney for F&H Construction

Stipulation and [Proposed] Order re Lien Priority     2

| | | |
|---|---|---|
| 1 | Dated:   July 19, 2007 | /s/ Dennis Hauser |
| 2 | | DENNIS HAUSER<br>Hauser & Mouzes |
| 3 | | (209) 368-1368 |
| 4 | | Attorney for the Bank of Stockton |
| 5 | Dated:   July 23, 2007 | /s/ Michele Stafford |
| 6 | | MICHELE STAFFORD<br>Saltzman and Johnson Law Corporation |
| 7 | | (415) 882-7900 |
| 8 | | Attorney for the Trust Fund Defendants |
| 9 | Dated:   July 20, 2007 | /s/ Charles Hastings |
| 10 | | CHARLES HASTINGS<br>(209) 476-1010 |
| 11 | | Attorney for Engineered Glass Walls, Inc. |

**ORDER**

Pursuant to the foregoing stipulation of Plaintiff F&H Construction, the United States, Engineered Glass Walls, Inc., the Bank of Stockton, and the Trust Fund Defendants, the Bank of Stockton and the Trust Fund Defendants are hereby DISMISSED WITH PREJUDICE from this action.

**IT IS SO ORDERED.**

Dated: July 25, 2007

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order re Lien Priority     3

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 23rd day of July, 2007, by depositing true and correct copies thereof in the United States mail, postage prepaid, addressed to:

    Joseph D. Ryan
    Christa Mansholt-Choy
    Law Offices of Ryan & Lifter, P.C.
    2010 Crow Canyon Pl., Ste. 330
    San Ramon, CA 94583-1344

    Dennis Hauser
    Hauser & Mouzes
    P.O. Box 1397
    Woodbridge, CA 95258-1397

    Michele Stafford
    Saltzman and Johnson Law Corporation
    120 Howard St. Ste. 520
    San Francisco, CA 94105-1620

    Charles Leslie Hastings
    4568 Feather River Dr., #A
    Stockton, CA 95219

    /s/ Justin S. Kim
    JUSTIN S. KIM
    Trial Attorney, Tax Division
    U.S. Department of Justice