JOSEPH D. RYAN, ESQ. (State Bar No.: 62603)
CHRISTA MANSHOLT-CHOY, ESQ. (State Bar No. 246205)
**RYAN & LIFTER**
A Professional Corporation
2010 Crow Canyon Place, Suite 330
San Ramon, CA 94583
Tel:   (925) 884-2080
Fax:  (925) 884-2090

Attorneys for Plaintiff F & H CONSTRUCTION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F & H CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TREASURY - - INTERNAL REVENUE SERVICE; et al., <br><br> Defendants. | Case No.: 2:07-CV-00835-WBS-DAD <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL OF THE UNITED STATES OF AMERICA** |

The undersigned parties to the above-entitled action jointly submit this stipulation and proposed order regarding payments of funds and request for dismissal of the United States of America;

(1) On April 13, 2007, plaintiff F&H Construction filed this interpleader action in the Superior Court for the State of California, San Joaquin County, stating that it held surplus funds owed to Engineering Glass Walls, Inc., and asking the court to determine the validity and priority of competing adverse claims to those funds.  The United States of America removed this action to the U.S. District Court for the Eastern District of California on May 2, 2007;

(2) The United States of America, the Bank of Stockton, and the Trust Fund defendants agreed and stipulated that the United States' interest in the surplus funds is senior to, and has priority over, all other competing interests, who have been dismissed from this lawsuit;

LAW OFFICES OF
**RYAN & LIFTER**
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl., Ste. 330
San Ramon, CA 94583-1433
**TEL:** (925) 884-2080
**FAX:** (925) 884-2090

1

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF THE UNITED STATES OF AMERICA**
G:\DOCS\SHU\DSHU2\inBOX\Signed\07cv835 F and H Construction Stip to Dism.wpd        2:07-CV-00835-WBS-DAD

(3) Plaintiff F&H Construction has previously filed a voluntary dismissal against defendant Engineering Glass Walls, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1);

(4) Plaintiff F&H Construction has paid the surplus funds owed to Engineering Glass Walls to the United States pursuant to federal tax lien recorded on June 7, 2005. The dollar amount paid to the United States is $68,396.16. The United States acknowledges receipt of this amount;

(5) As all surplus funds currently held by the plaintiff have been paid to and accepted by the United States, the parties respectfully request that this action be dismissed with prejudice.

Each party shall be liable for its own costs of litigation and attorneys' fee.

Date: _____, 2007        **RYAN & LIFTER**
                                          A Professional Corporation


                                          By   /s/ Christa Mansholt-Choy
                                               CHRISTA MANSHOLT-CHOY

                                          Attorney for Plaintiff
                                          F & H CONSTRUCTION

Dated: _____, 2007       U. S. DEPARTMENT OF JUSTICE


                                          By   /s/ Justin S. Kim
                                               JUSTIN S. KIM

                                          Attorney for Defendant
                                          UNITED STATES OF AMERICA

LAW OFFICES OF
**RYAN & LIFTER**
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl., Ste. 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090

2
**STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF THE UNITED STATES OF AMERICA**
G:\DOCS\SHU\DSHU2\inBOX\Signed\07cv835 F and H Construction Stip to Dism.wpd                2:07-CV-00835-WBS-DAD

# ORDER

Pursuant to the stipulation of plaintiff F & H Construction, and defendant the United States, the Court hereby finds that the United States has priority over all competing interests for the surplus funds held by the plaintiff F&H Construction, and has accepted $68,396.16 on the federal tax lien recorded on June 7, 2005 against Engineered Glass Walls.  This case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date:  August 9, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**RYAN & LIFTER**
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl., Ste. 330
San Ramon, CA 94583-1433
**TEL:** (925) 884-2080
**FAX:** (925) 884-2090

3

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF THE UNITED STATES OF AMERICA**
G:\DOCS\SHU\DSHU2\inBOX\Signed\07cv835 F and H Construction Stip to Dism.wpd            2:07-CV-00835-WBS-DAD